**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Justin L. Stewart, Appellant.

Appellate Case No. 2017-001269

---

Appeal From York County
John C. Hayes, III, Circuit Court Judge

---

Unpublished Opinion No. 2018-UP-396
Submitted October 1, 2018 – Filed October 31, 2018

---

**APPEAL DISMISSED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**KONDUROS, MCDONALD, and HILL, JJ., concur.**